IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| RENARD WRIGHT, #1246084 § <br> § <br> V.  § <br> § <br> NATHANIEL QUARTERMAN, Director § <br> Department of Criminal Justice, § <br> Correctional Institutions Division § | CIVIL ACTION NO. G-06-144 |

### ORDER OF DISMISSAL

On June 16, 2006, a Show Cause Order was entered in the above-styled cause, ordering Respondent to file an Answer and show cause, if any, why Petitioner's writ should not be granted, or to otherwise plead. The Order was mailed to the parties at their addresses of record. On June 26, 2006, the Order mailed to Petitioner was returned to the Court, marked: "RTS-Released."

In the first instance, parties bear the burden of advising the court of address changes. *See* Local Rule 2(F). Of greater importance in this matter, however, is the fact that the Show Cause Order directed Respondent to plead to Petitioner's claim that an improper and unconstitutional disciplinary hearing resulted in a loss of good-time, which could ultimately prevent his release to mandatory supervision. Irrespective of whether Petitioner was released to mandatory supervision or on parole, his release from prison renders this particular habeas action moot.

Accordingly, it is the **ORDER** of this Court that the Show Cause Order entered on June 16, 2006, is hereby **VACATED** and the Application for Writ of Habeas Corpus of Renard Wright is **DISMISSED**, with prejudice.

**DONE** at Galveston, Texas, this the 7th day of July, 2006.

Samuel B. Kent
United States District Judge